UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELASQUEZ,

                Plaintiff,

        -v-

BOATRIDERS, INC.,

                Defendant.

22-CV-4638 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on June 22, 2022, and given an extension of time to answer until August 15, 2022. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by October 21, 2022 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: 10/7/2022
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge